# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**CHAROLETTE R. KUNS**                                      **PLAINTIFF**

**VS.**                      **CIVIL ACTION NO.: <u>1:19-cv-00234-HSO-JCG</u>**

**WASTE PRO OF MISSISSIPPI, INC.**                      **DEFENDANT**

## <u>STIPULATION OF DISMISSAL</u>

**COME NOW**, the Plaintiff Charolette R. Kuns and the Defendant Waste Pro of Mississippi, Inc. and file this Stipulation of Dismissal whereby the parties agree to the dismissal of all claims in this civil action with prejudice with each party to bear its own costs and fees.

**SO STIPULATED,** this 25th day of November, 2020.

                                                       **CHAROLETTE R. KUNS**

                                                       */s/ John Paul Barber*
                                                       **JOHN PAUL BARBER,**
                                                       **ATTORNEY FOR PLAINTIFF**

                                                       */s/ Kimberly Hodges*

                                                       **M. Kimberly Hodges**
                                                       **ATTORNEY FOR DEFENDANT**

PREPARED BY:
J. Paul Barber, MSB # 1983
2598 Pass Rd., Suite A
Biloxi, MS  39531
228-447-3522 (o)
228-220-1588 (f)
paul@jpaulbarberlaw.com